

June 22, 2018

**Stephen J. Barrett**
212.915.5479 (direct)
Stephen.Barrett@wilsonelser.com

The Honorable Sandra J. Feuerstein
United States District Court
Eastern District of New York
100 Federal Plaza
Central Islip, NY 11722

    Re: **Yesh Music v. Masters Realty Service, Inc. et al**
       **18-cv-1566**

Dear Judge Feuerstein:

  Our office represents defendants Masters Realty Services, Inc. and Migi Chuang (hereinafter collectively "Defendants") in the above referenced matter. We write pursuant to Your Honor's Individual Motion Practice Rule 4.B. (the "Bundle Rule") to notify the Court that, on this date, Defendants served the following documents on Plaintiff's counsel via electronic and regular mail:

1. Notice of Motion to Dismiss Pursuant to Fed. R. Civ. P. 12(b)(2), (6)

2. Declaration of Migi Chuang in Support of Motion to Dismiss

3. Declaration of Cynthia Rubin in Support of Motion to Dismiss, and

4. Defendants' Memorandum of Law in Support of Motion to Dismiss.

Pursuant to the Bundle Rule, Defendants will file the foregoing on the ECF docket, together with any opposition and reply papers, once the motion is fully briefed.

  In accordance with the Bundle Rule (4.B.i), Defendants understand the filing of this letter to "constitute timely filing of the motion". We thank the Court for its attention to this matter.

150 East 42nd Street • New York, NY 10017 • p 212.490.3000 • f 212.490.3038

Albany • Baltimore • Boston • Chicago • Connecticut • Dallas • Denver • Garden City • Houston • Las Vegas • London • Los Angeles • Louisville • McLean
Miami • Milwaukee • New Jersey • New York • Orlando • Philadelphia • San Diego • San Francisco • Washington, DC • West Palm Beach • White Plains
Affiliates: Berlin • Cologne • Frankfurt • Munich • Paris
wilsonelser.com

9102713v.1



- 2 -

Respectfully submitted,

Wilson Elser Moskowitz Edelman & Dicker LLP

Stephen J. Barrett

cc: All parties (VIA ECF)

9102713v.1